LX648624 *128373

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2010 MAR 25 PM 2:43

IN RE:     *     CASE # 06-30221 W
                CHAPTER 13
             *

Strausbaugh, Charles L
Debtor         *

### TRANSMITTAL OF UNCLAIMED FUNDS
John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – several attempts to contact them. Trustee voided several <u>returned</u> disbursement checks from the United States Postal Service, "marked return to sender/unable to forward".

2. The balance of funds for the creditor in the amount of **$1223.23** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "paid in full".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 483463 | HSBC Card Services<br>P O Box 1323<br>Buffalo, NY 14240-9722 | 27.49 | 08/29/08 |
| 500256 | SAME AS ABOVE | 27.47 | 10/31/08 |
| 508371 | SAME AS ABOVE | 27.46 | 11/26/08 |
| 516649 | SAME AS ABOVE | 109.89 | 12/30/08 |
| 525212 | SAME AS ABOVE | 27.47 | 1/30/09 |
| --- | SAME AS ABOVE    Balance   1003.45 | | --- |

3. Your trustee's check #648624 in the amount of $1223.23 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 03/24/10

John P. Gustafson
Trustee in Bankruptcy